## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

JOSHUAL JAMES                                                                                   PLAINTIFF
ADC #148176

V.                              NO: 3:12CV00122 DPM/HDY

JACK MCCANN *et al.*                                                                         DEFENDANTS

## ORDER

The Clerk is directed to change the style of the case to reflect the correct names of Defendants Jack McCann and Matthew Kirby, as set forth in their answer (docket entry #10).

IT IS SO ORDERED this  2   day of July, 2012.

_____
UNITED STATES MAGISTRATE JUDGE