IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JOSHUAL JAMES　　　　　　　　　　　　　　　　　　　　　　　PLAINTIFF
ADC # 148176

v.　　　　　　　　　　　No. 3:12-cv-122-DPM-HDY

MATTHEW KIRBY; BROCK McFARLIN; and
WILLIAM McGEE　　　　　　　　　　　　　　　　　　　　　DEFENDANTS

ORDER

The Court appreciates the parties' status report, № 97. The Court requests that appointed counsel consult with James and report by 16 September 2013 whether he consents to Judge Young handling the case to judgment. If so, the consent form needs to be signed and sent to the Court for entry.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

27 August 2013